UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM C. MATUS-ABURTO, | Case No. 5:26-cv-04352 ADS |
| Petitioner, | |
| v. | ORDER GRANTING PETITION |
| JAMES JANECKA, et al., | |
| Respondents. | |

Petitioner Miriam C. Matus-Aburto filed the instant Petition, requesting habeas corpus relief and seeking immediate release from immigration detention.  [Dkt. No. 1]. Respondents have stated that they "are not presenting an opposition argument."[1]  [Dkt. No. 9].

---

[1] "In our adversarial system of adjudication, we follow the principle of party presentation" meaning that "in both civil and criminal cases, in the first instance and on appeal . . . we rely on the parties to frame the issues for decision and assign to courts the role of neutral arbiter of matters the parties present." United States v. Sineneng-Smith, 590 U.S. 371, 375 (2020) (citation modified).  Further, "as a general rule, our system is

Accordingly, IT IS HEREBY ORDERED:

1.   The Petition is granted;

2.   Respondents must immediately release Petitioner Miriam Carolina Matus-Aburto (A# 246-229-979) from immigration detention;

3.   Respondents must immediately return Petitioner's personal belongings, including her Employment Authorization Document, Social Security card, and California driver's license; and

4.   Judgment is to be entered accordingly.

DATED:   August 11, 2026

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

---

designed around the premise that [parties represented by competent counsel] know what is best for them, and are responsible for advancing the facts and argument entitling them to relief."  Id. at 375–76 (citation modified).