JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM C. MATUS-ABURTO,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-04352 ADS<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted. Respondents must immediately release Petitioner Miriam Carolina Matus-Aburto (A# 246-229-979) from immigration detention.

DATED: August 11, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge